Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Defendant Ampro Adlink
Technology, Inc.

Steven A. Nielsen (SBN 133864)
steve.nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: +1 415 272 8210

Attorneys for Plaintiff Altair Logix LLC

[See signature page for complete list of attorneys representing each party]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMPRO ADLINK TECHNOLOGY, INC.,<br><br>Defendant. | Case No.: 4:19-cv-03662-HSG<br><br>**JOINT STIPULATION STAYING CASE FOR 30 DAYS PENDING SETTLEMENT** |

Pursuant to Civil L.R. 6-2, Plaintiff Altair Logix LLC ("Plaintiff") and Defendant Ampro Adlink Technology, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 21, 2019, the Parties agreed in principle to a resolution of the case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. All deadlines set forth in the Court's Scheduling Order (Dkt. No. 21) occurring in the next 30 days, *i.e.*:

    a. the November 25, 2019 Deadline for Preliminary Invalidity Contentions,

    b. the December 6, 2019 Deadline to Amend Pleadings and Join Other Parties,

    c. the December 9, 2019 Exchange of Proposed Terms for Claim Construction,

    d. the December 20, 2019 Exchange of Preliminary Constructions and Extrinsic Evidence,

    will be stayed in light of the parties' agreement, in principle, to resolve the case.

2. Within 30 days, the Parties will submit a joint motion to dismiss the case.

3. If they are unable to submit a joint motion to dismiss, they will submit (within 30 days) a joint status report and proposed further case schedule with the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: November 25, 2019

By: */s/ Peter Soskin*

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 623 3522
Facsimile: +1 949 253 0902

Peter E. Soskin (280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

| | | |
|---|---|---|
| 1 | | Telephone: +1 415 882 8200 |
| 2 | | Facsimile: +1 415 882 8220 |
| 3 | | Attorneys for Defendant Ampro Adlink Technology, Inc. |
| 4 | | |
| 5 | By: | */s/ David R. Bennett* |
| 6 | | Steven A. Nielsen (SBN 133864) steve@nielsenpatents.com |
| 7 | | 100 Larkspur Landing Circle, Suite 216 Larkspur, CA 94939-1743 |
| 8 | | Telephone: +1 415 272 8210 Facsimile: +1 415 461 2726 |
| 9 | | |
| 10 | | David R. Bennett (Admitted pro hac vice) dbennett@directionip.com |
| 11 | | DIRECTION IP LAW P.O. Box 14184 |
| 12 | | Chicago, IL 60614-0184 Telephone: +1 312 291 1667 |
| 13 | | |
| 14 | | Attorneys for Plaintiff Altair Logix LLC |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 21, 2019          By:     */s/ Peter Soskin*
                                                    Peter Soskin

STIPULATION REGARDING STAY OF CASE FOR 30 DAYS PENDING SETTLEMENT; CASE NO.: 19-CV-03662-HSG

800842230 v1

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 25, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                                          */s/ Peter Soskin*
                                            Peter Soskin