UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMPRO ADLINK TECHNOLOGY, INC.,<br><br>　　　　　Defendant. | Case No.: 4:19-cv-03662-HSG<br><br>**ORDER STAYING DEADLINES FOR 30 DAYS TO ALLOW FINALIZATION OF SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting a stay for 30 days to allow finalization of settlement is GRANTED.

The Court STAYS the following deadlines set forth in the Scheduling Order for 30 days in light of the parties' agreement in principle to resolve the case:

　　　a.　the November 25, 2019 Deadline for Preliminary Invalidity Contentions,

　　　b.　the December 6, 2019 Deadline to Amend Pleadings and Join Other Parties,

　　　c.　the December 9, 2019 Exchange of Proposed Terms for Claim Construction,

　　　d.　the December 20, 2019 Exchange of Preliminary Constructions and Extrinsic Evidence,

The parties are further DIRECTED to file the stipulation for dismissal or a joint status update regarding settlement by December 27, 2019.

IT IS SO ORDERED


DATED: 11/25/2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　United States District Judge

800842231 v1