Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

David R. Bennett (Admitted *pro hac vice*)
dbennett@directionip.com
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667

*Counsel for Plaintiff*
*Altair Logix LLC*

Jay Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

*Counsel for Defendant*
*Ampro ADLINK Technology, Inc.*

STIPULATION TO DISMISS AMPRO ADLINK TECHNOLOGY, INC. WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ALTAIR LOGIX LLC,**

    Plaintiff,

v.

**AMPRO ADLINK TECHNOLOGY, INC.,**

    Defendant.

Case No. 4:19-CV-03662-HSG

**STIPULATION TO DISMISS AMPRO ADLINK TECHNOLOGY, INC. WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE**

Judge: Hon. Haywood S. Gilliam, Jr.

Plaintiff Altair Logix LLC and Defendant Ampro ADLINK Technology, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby stipulate to dismissing all claims in this action WITH PREJUDICE, and dismissing all counterclaims in this action WITHOUT PREJUDICE, with each Party to bear its own costs, expenses and attorneys' fees.

Dated: December 26, 2019

Respectfully submitted,

*/s/ Steven A. Nielsen*
Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

David R. Bennett (Admitted *pro hac vice*)
dbennett@directionip.com
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667

***Attorneys for Plaintiff***
***Altair Logix LLC***

| | |
|---|---|
| 1 | /s/ Peter E. Soskin |
| 2 | Peter E. Soskin (SBN 280347) |
| | peter.soskin@klgates.com |
| 3 | K&L GATES LLP |
| | Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, CA 94111 |
| | Telephone: +1 415 882 8200 |
| 5 | Facsimile: +1 415 882 8220 |
| 6 | |
| 7 | Jay Chiu (SBN 205385) |
| | jay.chiu@klgates.com |
| 8 | K&L GATES LLP |
| | 1 Park Plaza, Twelfth Floor |
| 9 | Irvine, CA 92614 |
| | Telephone: +1 949 253 0900 |
| 10 | Facsimile: +1 949 253 0902 |
| 11 | ***Attorneys for Defendant*** |
| | ***Ampro ADLINK Technology, Inc.*** |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 51-(i)(3), I attest that counsel for Ampro ADLINK Technology, Inc., on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

                                                                /s/*Steven A Nielsen*
                                                                Steven A. Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 26, 2019, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

                                                                */s/ Stephen N. Nielsen*
                                                                Steven A. Nielsen