**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMPRO ADLINK TECHNOLOGY, INC,<br><br>　　　　　Defendant. | Case No.: 4:19-cv-01596-HSG<br><br>**ORDER TO DISMISS AMPRO ADLINK TECHNOLOGY, INC WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

　　　The Stipulation to Dismiss Ampro ADLINK Technology, Inc. With Prejudice Pursuant to Rule 41(a)(2) and to Dismiss Counterclaims Without Prejudice, which requests dismissal of all claims and counterclaims asserted between Plaintiff Altair Logix LLC and Defendant Ampro ADLINK Technology, Inc., is GRANTED.

　　　It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Altair Logix LLC are hereby DISMISSED WITH PREJUDICE, and all counterclaims asserted by Defendant Ampro ADLINK Technology, Inc., are hereby DISMISSED WITHOUT PREJUDICE.

　　　It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

　　　IT IS SO ORDERED.

DATED: 12/30/2019

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　United States District Judge